# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Shannon D. Wilmore

Plaintiff,

v.

Optum Services, Inc.

Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:24-cv-01678-GMN-NJK

__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendant Optum Services, Inc., and against Plaintiff Shannon D. Wilmore without prejudice.

08/21/2026

Date

DEBRA K. KEMPI

Clerk

/s/ MAM

Deputy Clerk